## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **NAKIA LEON WRIGHT,** | } |
| **Petitioner,** | } |
| v. | } Case No.: 2:16-cv-01861-RDP-JHE |
| **WARDEN CYNTHIA STEWART and THE ATTORNEY GENERAL OF THE STATE OF ALABAMA,** | } |
| **Respondents.** | } |

## MEMORANDUM OPINION

On May 5, 2017, the Magistrate Judge's Report and Recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the Magistrate Judge. (Doc. # 8). Subsequently, Petitioner filed a motion for a fourteen day extension of time within which to file objections to the Magistrate Judge's Report and Recommendation.[1] (Doc. # 9). The court granted Petitioner's motion and ordered that Petitioner submit any objections by June 2, 2017. No objections have been filed.

After careful consideration of the record in this case and the Magistrate Judge's Report and Recommendation, the court hereby **ADOPTS** the Report of the Magistrate Judge. The court further **ACCEPTS** the recommendations of the Magistrate Judge that Petitioner's § 2254 habeas application be denied on the ground that Petitioner's claims are time barred under 28 U.S.C. § 2244(d)(1).

A separate order in accordance with this Memorandum Opinion will be entered.

---

[1] Petitioner appears to have signed this motion on May 18, 2017. (*See* Doc. # 9 at p. 2). Petitioner's motion was entered on the docket on May 24, 2017.

**DONE** and **ORDERED** this June 6, 2017.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE